IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MATTHEW HAWKINS,               §
                               §
        Plaintiff,             §
                               §
VS.                            §        Case No. 3:25-cv-0652-D
                               §
DESOTO INDEPENDENT             §
SCHOOL DISTRICT, et al.,        §
                               §
                               §
        Defendants.            §

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 42.  Plaintiff filed objections.  *See* ECF No. 43.  The undersigned district judge has made a *de novo* review of the portions of the findings, conclusion, and recommendation to which objections were made.

The undersigned has not relied on the magistrate judge's findings and conclusions regarding a "class of one" claim.  The objections are otherwise overruled.

The undersigned reviewed the remaining portions of the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED.**

March 30, 2026

SIDNEY A. FITZWATER
SENIOR JUDGE